IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TREVOR WILLIAMS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3-05CV1383-D |
| REMINGTON ARMS COMPANY, INC., | § § § § | |
| Defendant. | § | |

## AGREED ORDER REGARDING DISTRIBUTION OF
## FUNDS HELD IN TRUST BY DEFENSE COUNSEL

Plaintiff and Intervenor have resolved the issues raised by Intervenor. In accordance with that agreement, the Court orders that Edward J. Murphy of Beirne, Maynard & Parsons, LLP, 1300 Post Oak Boulevard, Suite 2500, Houston, Texas 77056, convey a check payable to the Turley Law Firm in the amount of $120,000.00 (one hundred twenty thousand dollars and no cents) without delay.

So ordered this 13th day of August, 2008.

_____
Chief U.S. DISTRICT JUDGE

**AGREED AS TO FORM:**

_____
Linda Turley
Turley Law Firm
6440 N. Central Expressway, Suite 1000
Dallas, Texas 75206
Phone:     (214)691-4025
Fax:         (214)361-5802

ATTORNEY FOR INTERVENOR

_____
Timothy Monsees
Monsees, Miller, Mayer, Presley & Amick
4717 Grand Ave., Suite 820
Kansas City, MO 64112
Phone:     (816)361-5550
Fax:         (816)361-5577

Jeffrey W. Hightower, Jr.
Kristopher S. Barber
9400 N. Central Expressway, Suite 1207
Dallas, Texas 75231
Phone:     (214)580-9800
Fax:         (214)580-9804

ATTORNEYS FOR PLAINTIFF